**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CORMEDIX INC. DERIVATIVE LITIGATION | C.A. No. 2:21-cv-18493-JXN-LDW<br><br>(Consolidated with Civil Action No.: 23-cv-00150 and Civil Action No.: 23-cv-00406) |

**ORDER AND FINAL JUDGMENT**

This matter came before the Court for hearing pursuant to the Preliminary Approval Order of this Court, dated July 24, 2026, on the motion of the parties for approval of the proposed settlement ("Settlement") set forth in the Stipulation and Agreement of Settlement dated January 19, 2026 ("Stipulation").

The Court has reviewed and considered all documents, evidence, objections (if any), and arguments presented in support of or against the Settlement. Being fully advised of the premises and finding that good cause exists, the Court enters this Order and Final Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. This Order and Final Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set forth herein.

2. This Court has jurisdiction over the subject matter of this case, including all matters necessary to effectuate the Settlement, and over all the Parties.

3. Based on evidence submitted, the Court finds that notice of the Settlement was published and disseminated in accordance with this Court's Preliminary Approval Order. This Court further finds that the forms and contents of the Notice, as previously preliminarily approved by the Court, complied with the requirements of Federal Rule of Civil Procedure 23.1, satisfied

the requirements of due process of the U.S. Constitution, and constituted due and sufficient notice of the matters set forth therein.

4. Based on the record of the Federal Action, each of the provisions of Rule 23.1 of the Federal Rules of Civil Procedure has been satisfied. The Federal Action has been properly maintained according to the provisions of Rule 23.1 of the Federal Rules of Civil Procedure.

5. The Settlement is found to be fair, reasonable, adequate, and in the best interests of the Company and its stockholders and is hereby approved pursuant to Federal Rule of Civil Procedure 23.1. The Parties are hereby authorized and directed to comply with and to consummate the Settlement in accordance with its terms and provisions.

6. Pursuant to entry of this Judgment, the Federal Action and all claims contained therein against Defendants, as well as all of Defendants' Released Claims against each of the Released Defendant Parties, are hereby dismissed with prejudice. As among the Plaintiffs and Defendants, the parties are to bear their own costs, except as otherwise provided in the Stipulation.

7. Upon Final Approval of the Settlement, Plaintiffs' Releasing Parties, by operation of the Settlement and to the fullest extent permitted by law, shall completely, fully, finally and forever release, relinquish, settle and discharge each and all of the Released Defendant Parties from any and all of the Defendants' Released Claims.

8. Upon Final Approval of the Settlement, Defendants' Releasing Parties, by operation of the Settlement and to the fullest extent permitted by law, shall completely, fully, finally and forever release, relinquish, settle and discharge each and all of the Released Plaintiffs Parties from any and all of the Plaintiffs' Released Claims.

9. The Settlement is intended to extinguish all of the Released Claims by the Releasing Parties as against the Released Persons and, consistent with such intention, upon Final Approval

of the Settlement, the Releasing Parties shall waive and relinquish, to the fullest extent permitted by law, the provisions, rights, and benefits of any state, federal, or foreign law or principle of common law, which may have the effect of limiting the Released Claims as set forth in the Stipulation.

10. The Parties acknowledge, and the CorMedix stockholders shall be deemed to acknowledge, that he, she, they, or it may hereafter discover Unknown Claims, and that the Stipulation has been negotiated and agreed upon in light of such possible Unknown Claims, and each expressly waives, or shall be deemed to have waived, any and all rights under California Civil Code § 1542 and under any other federal or state statute or law of similar effect. The Parties acknowledge, and CorMedix stockholders shall be deemed to have acknowledged, that this waiver was expressly bargained for and is an integral element of the Settlement.

11. During the course of the Federal Action, all Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11, and all other similar rules, laws, or statutes.

12. The Court hereby approves the agreed-to Fee and Expense Amount, which shall be paid subject to the terms of the Stipulation, and the Service Awards and finds that such awards are fair and reasonable.

13. Neither the Stipulation (including any Exhibits attached thereto) nor the Settlement, nor any act or omission taken in connection with this Stipulation or the Settlement, is intended or shall be deemed to be a presumption, concession or admission by: (a) any of the Individual Defendants, CorMedix, or any of the Released Defendant Parties as to the validity of any claims, causes of action or other issues that were or could have been raised in the Actions or in any other litigation, or to be evidence of or constitute an admission of wrongdoing or liability by any of

them, and each of them expressly denies any such wrongdoing or liability; or (b) Plaintiffs as to the lack of merit of any claim or the validity of any defense.

14. In the event that the Settlement is terminated pursuant to the terms of the Stipulation or if the Settlement does not obtain Final Approval for any reason, then: (i) the Settlement and the Stipulation shall be null and void and of no force and effect; (ii) this Order and Final Judgment and related orders entered by the Court shall in all events be treated as vacated, nunc pro tunc; and (iii) the Settlement and Stipulation shall not be deemed to prejudice in any way the respective positions of the Parties with respect to the Federal Action or the *Raval* Action, nor shall it be interpreted, construed, deemed, invoked, offered, or received in evidence or otherwise used by any person in the Federal Action or the *Raval* Action, or in any other action or proceeding.

15. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction with respect to implementation and enforcement of the terms of the Stipulation and Settlement, except as otherwise provided in the Stipulation.

16. This Order and Final Judgment is a final, appealable judgment and should be entered forthwith by the Clerk in accordance with Federal Rule of Civil Procedure 58 and all other similar laws.

**IT IS SO ORDERED.**

DATED: 9.23.27

**JULIEN XAVIER NEALS**
**United States District Judge**